IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THERESA BEARDEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-1204-E |
| | § | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, RURAL HOUSING SERVICES; and USDA RURAL DEVELOPMENT, it/their successors and/or assigns, | § § § § § § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiff Theresa Bearden's ("Plaintiff") Unopposed Motion to Extend Time to Respond to Defendants' Motion to Dismiss (the "Motion to Extend") (Doc. 8). Upon reviewing the Motion and all relevant findings, noting that the Defendants are unopposed, and finding that there is good cause, the Court concludes the Motion to Extend should be, and therefore is, **GRANTED**. Accordingly, it is therefore **ORDERED** that Plaintiff shall file her response to Defendants' Motion to Dismiss on or before **Wednesday July 5, 2023, at 5:00 pm.**

**SO ORDERED:** June 21, 2023.

Ada Brown
UNITED STATES DISTRICT JUDGE